# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV23-02300-AS | Date | October 24, 2023 |
|---|---|---|---|
| Title | Tina Laree Milligan v. Kilolo Kijakazi, *Acting Commissioner of Social Security* | | |

Present: The Honorable   Alka Sagar, United States Magistrate Judge

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings:**   **(IN CHAMBERS) ORDER RE: STIPULATION FOR AWARD OF EAJA FEES**

The Court has received and reviewed the parties' Stipulation for the Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Docket No. 22), filed on October 23, 2023. The Court will afford Plaintiff Tina Laree Milligan (14) days from the date of this minute order to file any objections to the Stipulation and Proposed Order for payment. The Clerk is directed to mail a copy of this minute order to Plaintiff and counsel for the parties.

cc:   Tina Laree Milligan
      45320 21st Street West
      Lancaster, CA 93536

                                                                                           :
                                                                                          AF